IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **BETHANY ANDERSON,** individually, and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **MYERS THE HOME BUYERS OF TAMPA, LLC**, <br><br> *Defendant.* | Case No. 8:20-cv-783-MSS-SPF |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Bethany Anderson hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: August 24, 2020

/s/ Avi R. Kaufman
Avi R. Kaufman (Florida Bar no. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Stefan Coleman (Florida Bar no. 30188)
Law Offices of Stefan Coleman, P.A.
law@stefancoleman.com
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Attorneys for Plaintiff and the putative Class*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                           */s/ Avi R. Kaufman*